474 A.2d 663

Hatalowich, Appellants, v. Bednarski.

Petition for Allowance of Appeal
Denied Aug. 30, 1984.

Argued February 9, 1982. D. Keith Melenzer, for appellants; William C. Porter, for appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

474 A.2d 663

Hobbs, Appellant, v. Wilcox.

Argued February 9, 1984. Richard W. Mutzabaugh, for appellant; Barry Lee Smith, for appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

Order affirmed.